IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | MAGISTRATE NO. 20-mj-2105 |
| v. : | |
| : | |
| JAMAL EBERHARDT : | |

**O R D E R**

AND NOW, this  11th  day of  March , 2021, the Court finds that the defendant and the government are engaging in discussions which may affect the charges against the defendant and that the defendant does not oppose the government's motion for continuance.  The Court further finds that these reasons cause the ends of justice to best be served by granting a continuance in this matter, and that these reasons outweigh the interests of the public and the defendant in a speedy trial.

WHEREFORE, in accordance with Title 18, United States Code, Section 3161(h)(7)(A), it is hereby ORDERED that the time in which an Indictment or Information must be filed in the above action is continued for a period of thirty additional days, until April 16, 2021.

BY THE COURT:

/s/ Lynne A. Sitarski
_____
**Honorable Lynne A. Sitarski
United States Magistrate Judge**